UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

NEOGEN CORPORATION, a Michigan
corporation,                                                 Case No. 1:24-cv-00404

      Plaintiff/Counter-Defendant,                 Hon. Jane M. Beckering

v.

MICROBAC LABORATORIES, INC.,

      Defendant/Counter-Plaintiff.

---

**JOINT STIPULATED MOTION TO APPROVE DENNIS BARNES AS MEDIATOR**

The parties in the above-captioned action, through their respective counsel, hereby state in support of their joint stipulated motion as follows:

1.      Under the Court's Case Management Order, the parties are required to "jointly choose one mediator from the list of court certified mediators" within "fourteen (14) days from the date of [that] Order."

2.      The parties have conferred and agreed that they wish to have Dennis Barnes, with BarnesADR, serve as the mediator for this dispute.  Mr. Barnes has decades of experience in high-end civil litigation and is a leader in the federal and state bar, having served as President of the State Bar of Michigan and President of the Federal Bar Association's Eastern District of Michigan Chapter, among other positions.

3.      Accordingly, the parties jointly request and stipulate that the Court approve Dennis Barnes to serve as mediator for the parties in the above-captioned matter.

WHEREFORE, Neogen Corporation and Microbac Laboratories, Inc., jointly move and stipulate that this Court enter an Order appointing Dennis Barnes to serve as mediator in this case.

Respectfully submitted,

VARNUM LLP
Attorneys for Plaintiff/Counter-Defendant

Dated: December 20, 2024

By:  _/s/ Herman D. Hofman_
     Aaron M. Phelps (P64790)
     Herman D. Hofman (P81297)
     Gage M. Selvius (P85559)
     Bridgewater Place, P.O. Box 352
     Grand Rapids, MI 49501-0352
     (616) 336-6000
     amphelps@varnumlaw.com
     hdhofman@varnumlaw.com
     gmselvius@varnumlaw.com

BABST CALLAN CLEMENTS AND
ZOMNIR, PC
Attorneys for Defendant/Counter-Plaintiff

Dated: December 20, 2024

By:  _/s/  Erin Lucas Hamilton_
     Erin Lucas Hamilton (PA ID #93852)
     Two Gateway Center, 6th Floor
     Pittsburgh, PA 15222
     (412) 394-5400
     ehamilton@babstcalland.com