UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEOGEN CORPORATION,

   Plaintiff,

v.

MICROBAC LABORATORIES, INC.,

   Defendant.
_____/

Case No. 1:24-cv-404

HON. JANE M. BECKERING

**ORDER**

Pending before the Court is the parties' Joint Stipulated Motion to Approve Mediator (ECF No. 34). The Court, having reviewed the motion,

**IT IS HEREBY ORDERED** that the Joint Stipulated Motion to Approve Mediator (ECF No. 34) is GRANTED.

**IT IS FURTHER ORDERED** that Dennis Barnes, of BarnesADR, is appointed as the mediator for this case.

Dated: December 23, 2024

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge