UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

NEOGEN CORPORATION, a Michigan corporation,

    Plaintiff/Counter-Defendant,

v.

MICROBAC LABORATORIES, INC.,

    Defendant/Counter-Plaintiff.

Case No. 1:24-cv-00404

Hon. Jane M. Beckering

## NOTICE OF SETTLEMENT AND STIPULATION TO DISMISS

The parties, Microbac Laboratories, Inc. ("Microbac") and Neogen Corporation ("Neogen"), have settled and resolved all claims and counterclaims in the above-captioned matter. The parties hereby stipulate to the entry of an Order dismissing this matter with prejudice and without attorney's fees and costs to either party.

Dated: April 7, 2025

*Counsel for Neogen*

/s/ Gage M. Selvius
Aaron M. Phelps (P64790)
Herman D. Hofman, (P81297)
Gage M. Selvius, (P85559)
VARNUM, LLP
Bridgewater Place
PO Box 352
Grand Rapids, Michigan 49501-0352
(616) 336-6000
amphelps@varnumlaw.com
hdhofman@varnumlaw.com
gmselvius@varnumlaw.com

*Counsel for Microbac*

/s/ Erin L. Hamilton (w/ permission)
Erin Lucas Hamilton
BABST, CALLAND, CLEMENTS
and ZOMNIR, P.C.
Two Gateway Center, 6th Floor
603 Stanwix Street
Pittsburgh, PA  15222
(412) 394-5680
ehamilton@babstcalland.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

NEOGEN CORPORATION, a Michigan corporation,

    Plaintiff/Counter-Defendant,

v.

MICROBAC LABORATORIES, INC.,

    Defendant/Counter-Plaintiff.

Case No. 1:24-cv-00404

Hon. Jane M. Beckering

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the parties' Stipulation to Dismiss all claims and counterclaims in the above-captioned matter, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the parties' Stipulation to Dismiss is granted.

IT IS FURTHER ORDERED that Case No. 1:24-cv-00404 is dismissed with prejudice and without costs or attorneys' fees to any party.

This is a final order and closes the case.

IT IS SO ORDERED.

Dated: _____

                                              _____
                                              Hon. Jane M. Beckering
                                              U.S. District Court Judge