UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

NEOGEN CORPORATION, a Michigan corporation,

    Plaintiff/Counter-Defendant,

v.

MICROBAC LABORATORIES, INC.,

    Defendant/Counter-Plaintiff.

Case No. 1:24-cv-00404

Hon. Jane M. Beckering

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the parties' Stipulation to dismiss all claims and counterclaims in the above-captioned matter (ECF No. 41), and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the parties' Stipulation to Dismiss is GRANTED.

IT IS FURTHER ORDERED that this case is DISMISSED with prejudice, and without costs or attorneys' fees to any party.

This is a Final Order and closes the case.

IT IS SO ORDERED.

Dated:   April 8, 2025                         /s/ Jane M. Beckering
                                                                 Hon. Jane M. Beckering
                                                                 U.S. District Court Judge